**Order filed January 7, 2014.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-01031-CR

————————

**FREDYS ALBERTO CERRITOS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 262nd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1243158**

## ORDER

After a plea of guilty, appellant was convicted of the offense of possession with intent to deliver cocaine and sentenced to fifteen years in prison on April 14, 2010. Appellant filed a pro se notice of appeal on November 5, 2013 attempting to appeal an order issued November 5, 2013. The clerk's record, filed December 17, 2013, reflects a bench warrant for a docket setting on November 1, 2013. Other than appellant's 2010 conviction, no appealable order appears in the record.

On January 28, 2014, the Court will consider dismissal of the appeal on its own motion for want of jurisdiction because the record before this court contains no appealable order. The appeal will be dismissed unless any party files a response on or before January 28, 2014, showing meritorious grounds for continuing the appeal.

PER CURIAM